UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWAKI KOMATSU,<br><br>       Plaintiff,<br><br> -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>       Choose an item.. | 22-CV-6627 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 15, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 15, 2022
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge